77 A.3d 1115

**Taquez PRICE**

v.

**STATE of Maryland.**

**No. 9, Sept. Term, 2013.**

Court of Appeals of Maryland.

Oct. 21, 2013.

Ben Miller, Asst. Public Defender (Paul B. DeWolfe, Public Defender of Maryland, Baltimore, MD), on brief, for petitioner/cross-respondent.

**322**

Carrie J. Williams, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for respondent/cross-petitioner.

Submitted before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD and WATTS, JJ.

PER CURIAM ORDER.

The petitions for writ of certiorari in the above-entitled case having been granted and argued, it is this 21st day of October, 2013,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petitions having been improvidently granted.